THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JUSTIN DEE ADAMS,<br><br>  Defendant. | **ORDERS RE: MOTIONS IN LIMINE**<br><br>Case No. 2:22-cr-00419-DBB<br><br>District Judge David Barlow |

Before the court are the parties' one stipulated motion in limine,[1] the United States' six motions in limine,[2] and Defendant's eight motions in limine.[3] The court considered the briefing, relevant law, and oral argument presented on June 9, 2023. For the reasons stated on the record, IT IS HEREBY ORDERED THAT:

1. The court GRANTS the Stipulated Motion in Limine re: Reference to "Joint Terrorism Task Force."[4]

2. Defendant's Motion in Limine re: January 6, 2021 Videos[5] is DENIED AS MOOT.

3. Defendant's Motion in Limine re: January 6, 2021 Statement of Offense[6] is DENIED AS MOOT.

4. United States' Motion in Limine to Exclude Evidence of Defendant's Medical History or Conditions[7] is DENIED AS MOOT.

---

[1] ECF No. 57.
[2] ECF Nos. 55–56, 58–61, 63, 66.
[3] ECF Nos. 62, 65, 67, 69, 72, 97.
[4] ECF No. 57.
[5] ECF No. 60.
[6] ECF No. 61.
[7] ECF No. 62.

1

5. Defendant's Motion in Limine re: Prior Contact with West Jordan Police Officers[8] is DENIED AS MOOT.

6. United States' Motion in Limine to Admit Evidence of Defendant's Threats and Conduct Toward U.S. Marshals Immediately After Arrest[9] is GRANTED.

7. The court GRANTS the United States' Motion in Limine for Admissibility of Item of Physical Evidence Seized from Defendant's Person[10] and DENIES Defendant's Motion in Limine re: Defendant's Possession of a Handcuff Key.[11]

8. The court conditionally GRANTS the United States' Motion in Limine to Admit Evidence of Defendant Moved Toward Firearms During Arrest[12] and conditionally DENIES Defendant's Motion in Limine re: Defendant's Lawful Possession of Firearms and Suppressors.[13]

9. The court GRANTS IN PART AND DENIES IN PART Defendant's Motion in Limine re: Video Clip and Still Image of Agent Hansen Reenacting Alleged Assault[14] and Defendant's Motion in Limine re: Video Clip of Agent Hansen Recounting Alleged Assault.[15] The United States' Motion in Limine for Admissibility of Statements Pursuant to F.R.E. Rules 803(1) and 803(2)[16] is DENIED without prejudice.

10. Defendant's Motion in Limine re: Search Warrant and Evidence Collected After Arrest[17] is GRANTED.

11. The court DENIES without prejudice the United States' Motion in Limine to Preclude Introduction of Bodycamera Policies or Policy Violations.[18]

---

[8] ECF No. 66.
[9] ECF No. 72.
[10] ECF No. 65.
[11] ECF No. 55.
[12] ECF No. 67.
[13] ECF No. 56.
[14] ECF No. 58.
[15] ECF No. 59.
[16] ECF No. 69.
[17] ECF No. 63.
[18] ECF No. 97.

Signed June 9, 2023.

BY THE COURT

David Barlow
United States District Judge