TRINA A. HIGGINS, United States Attorney (#7349)
CARL D. LESUEUR, Assistant United States Attorney (# 16087)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone:  (801)524-5682

_____

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  JUSTIN DEE ADAMS,  Defendant. | **UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO REVIEW DETENTION**   Case No. 2:22-cr-419 Case No. 2:22-mj-707 |

The United States learned just today of the Defendant's June 27, 2023 motion to review detention, filed in Case No. 2:22-mj-707.  It was not filed in the criminal case in which the United States was receiving ECF notices.

The Defendant's counsel in the District of Columbia filed a "Motion to Lift Preventative Detention" in that district on June 22, 2023, offering to be placed on GPS monitoring.  Case No. 1:22-cr-350-JEB Doc. No. 14.  The United States Attorney's Office for the District of Columbia filed a response earlier today (*id.* Doc. No. 15), indicating the United States did not object to his pretrial release, subject to imposition of the standard conditions in these cases, plus the GPS monitoring condition offered by Adams' defense counsel.

In response to the Defendant's motion and the United States' response, the Courtroom

Deputy to Chief Judge James E. Boasberg of the United States District Court for the District of Columbia indicated it would be necessary to hold a bond hearing to resolve the pending motion.

This office has no position on whether the hearing should be held before the U.S. District Court in the District of Columbia or here in the District of Utah before the judicial officer who entered the initial detention order. The applicable statutes allows the judicial officer who entered the detention order to reopen the hearing (18 U.S.C. § 3142(f)(2)(B), but also allows review by a judge of the court having original jurisdiction over the offense (18 U.S.C. § 3145(b).

Wherever the determination is made, the United States requests that the standard conditions of release be imposed, plus the following

1. Remain away from the District of Columbia unless required for a court appearance, consultation with counsel, or meeting with pretrial services;
2. Call Pretrial Services once per week and verify address
3. Advise Pretrial Services of any travel within the US outside of home jurisdiction
4. No travel outside of the continental US without Court approval
5. Participate in all future proceedings as directed, including the plea hearing presently scheduled for July 6, 2023
6. Report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops
7. No firearms, destructive devices, or other weapons
8. No local/state/federal crimes
9. Participate in pretrial services' GPS monitoring program.

DATED this 27th day of June, 2023         Respectfully submitted,

                                          TRINA A. HIGGINS
                                          UNITED STATES ATTORNEY

                                          */s/Carl D. LeSueur*
                                          CARL D. LESUEUR
                                          Assistant United States Attorney